Judgment in a Civil Case

United States District Court
WESTERN DISTRICT OF NEW YORK

ROBERT CHOWANIEC

**JUDGMENT IN A CIVIL CASE**
CASE NUMBER: 23-cv-327

v.

COMMISSIONER OF SOCIAL SECURITY

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the Commissioner's motion for judgment on the pleadings, Docket Item 11, is DENIED, and Robert's motion for judgment on the pleadings, Docket Item 6, is GRANTED in part and DENIED in part. The decision of the Commissioner is VACATED, and the matter is REMANDED for further administrative proceedings consistent with this decision.

Date: February 24, 2026

MARY C. LOEWENGUTH
CLERK OF COURT

By: s / Donna
    Deputy Clerk